# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EXPERIAN INFORMATION<br>SOLUTIONS, INC.<br><br>v.<br><br>LEXINGTON ALLEN L.P.,<br>LEXINGTON ALLEN MANAGER LLC,<br>and LEXINGTON REALTY TRUST | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:10-CV-144<br>Judge Schneider/Judge Mazzant |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 30, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations Experian's Motion for Partial Summary Judgment as to Defendant Lexington Allen L.P. on Breach of Contract Claim (Dkt. #56) should be granted.

The Court, having made a *de novo* review of the objections raised by Defendant, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Experian's Motion for Partial Summary Judgment as to Defendant Lexington Allen L.P. on Breach of Contract Claim (Dkt. #56) is **GRANTED**.

**It is SO ORDERED.**

**SIGNED this 28th day of April, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE